**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MARKET FRESH NORTH, INC.          § Case No. 17-22189
                                         §
                                         §
                                         §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/26/2017. The undersigned trustee was appointed on 07/26/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          12,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 6,000.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 42.06 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 5,957.94 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/29/2018 and the deadline for filing governmental claims was 01/22/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,950.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $933.14, for a total compensation of $933.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/29/2018                                By: /s/ Norman B. Newman
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 17-22189  
**Case Name:** MARKET FRESH NORTH, INC.  
**For Period Ending:** 06/29/2018

**Trustee Name:** (330270) Norman B. Newman  
**Date Filed (f) or Converted (c):** 07/26/2017 (f)  
**§ 341(a) Meeting Date:** 08/24/2017  
**Claims Bar Date:** 05/29/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS-BMO HARRIS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT (u) | Unknown | Unknown | | 6,000.00 | FA |
| 3 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT (u) | Unknown | Unknown | | 6,000.00 | FA |
| 3 | **Assets Totals (Excluding unknown values)** | **$0.00** | **$0.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**

UST Form 101-7-TFR (5/1/2011)

Form 2

Exhibit B
Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 17-22189 | Trustee Name: | Norman B. Newman (330270) |
| --- | --- | --- | --- |
| Case Name: | MARKET FRESH NORTH, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4397 | Account #: | ******8200 Checking |
| For Period Ending: | 06/29/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/19/18 | | 6209 WEST NORTH INVESTMENT GROUP | | | 12,000.00 | | 12,000.00 |
| | {2} | | Sale of Trustee's Interest in Personal Property $6,000.00 | 1229-000 | | | 12,000.00 |
| | {3} | | Sale of Trustee's Interest in Personal Property $6,000.00 | 1229-000 | | | 12,000.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 11,990.00 |
| 03/01/18 | 101 | Howard Samuels, Trustee for Central Grocers, Inc. | Payment on Secured Claim. | 4210-000 | | 6,000.00 | 5,990.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.06 | 5,977.94 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,967.94 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,957.94 |
| | | **COLUMN TOTALS** | | | 12,000.00 | 6,042.06 | $5,957.94 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 12,000.00 | 6,042.06 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $12,000.00 | $6,042.06 | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-22189 | **Trustee Name:** | Norman B. Newman (330270) | |
| **Case Name:** | MARKET FRESH NORTH, INC. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***4397 | **Account #:** | ******8200 Checking | |
| **For Period Ending:** | 06/29/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8200 Checking | $12,000.00 | $6,042.06 | $5,957.94 |
| | **$12,000.00** | **$6,042.06** | **$5,957.94** |

**UST Form 101-7-TFR (5/1/2011)**

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case:** 17-22189     **MARKET FRESH NORTH, INC.**

Claims Bar Date: 05/29/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Central Grocers<br>2600 West Ave<br>Chicago, IL 60651<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| FEE | Norman B. Newman<br>191 N. Wacker Dr.<br>Suite 1800<br>Chicago, IL 60606<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/02/17 | | $1,950.00<br>$1,950.00 | $0.00 | $1,950.00 |
| MS-E | MUCH SHELIST, P.C.<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>06/12/18 | | $290.00<br>$290.00 | $0.00 | $290.00 |
| MS-F | MUCH SHELIST, P.C.<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>06/12/18 | | $10,210.50<br>$10,210.50 | $0.00 | $10,210.50 |
| | ADP, LLC<br>PO Box 842875<br>Boston, MA 02284<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Advanced Disposal<br>PO Box 74008053<br>Chicago, IL 60674-8053<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C
## Analysis of Claims Register

**Case: 17-22189**  MARKET FRESH NORTH, INC.

Claims Bar Date: 05/29/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | All United Imports, Inc. 25225 S. Blue Island Ave Unit 100-1 Chicago, IL 60608 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/22/17 | | $0.00 $0.00 | $0.00 | $0.00 |
| | American Bottling Company 21431 Network Place Chicago, IL 60673-1214 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/22/17 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Amtrust North America PO Box 6939 Cleveland, OH 44101-1939 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/22/17 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Aramark Uniform Services 25259 Network Place Chicago, IL 60673-1252 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/22/17 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Aunt Millie's Bakery PO Box 13099 Fort Wayne, IN 46867 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/22/17 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Badger Murphy Food Service PO Box 12440 Chicago, IL 60612-0440 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/22/17 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Bill's Produce 2001 N. Indiana Ave Griffith, IN 46319 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 08/22/17 | | $0.00 $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 3

# Exhibit C
## Analysis of Claims Register

**Case: 17-22189**　　　　　　　　　　　　　　　**MARKET FRESH NORTH, INC.**

Claims Bar Date: 05/29/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Castillo Brother's Enterprises, Inc<br>4269 Ann Lurie Place<br>Chicago, IL 60632<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Certco<br>5321 Verona Road<br>Madison,  53711-6050<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chicago Housewear Inc<br>6801 W. 66th Place<br>Chicago, IL 60638<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chicago Tribune Media Group<br>14839 Collections Center Drive<br>Chicago, IL 60693-0148<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Columbus Vegitable Oils<br>4990 Paysphere Circle<br>Chicago, IL 60674<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Comcast<br>PO Box 3001<br>Southeastern, PA 19398-3001<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 4

# Exhibit C
## Analysis of Claims Register

**Case: 17-22189**  **MARKET FRESH NORTH, INC.**

Claims Bar Date: 05/29/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Constellation New Enregy Inc<br>PO Box 4640<br>Carol Stream, IL 60197-4640<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | D&D Best One Corp<br>PO Box 32050<br>Chicago, IL 60632<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Earthgrains Baking Companies, Inc.<br>PO Box 842419<br>Boston, MA 02284-2419<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Frito-Lay, Inc<br>75 Remittance Drive Suite 1217<br>Chicago, IL 60675-1217<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Goya Foods, Inc.<br>1401 Remington Blvd<br>Bolingbrook, IL 60490<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Home City Ice Company<br>PO Box 111116<br>Cincinnati, OH 45211<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Home Juice Corp<br>1502 Paysphere Circle<br>Chicago, IL 60674<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

Page: 5

# Exhibit C
## Analysis of Claims Register

**Case: 17-22189**     **MARKET FRESH NORTH, INC.**

Claims Bar Date: 05/29/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Joe & Ross Ice Cream<br>7451 W 100th Place<br>Bridgeview, IL 60455<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Ken Young Food Distribution<br>12842 S Western Ave<br>Blue Island, IL 60406<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | McCloud Services<br>1635 N Lancaster Road<br>South Elgin, IL 60177<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | McKee Foods Corporation<br>PO Box 2118<br>Collegedale, TN 37315-2118<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Mi Costenita<br>4251 W 129th St<br>Alsip, IL 60803<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Nicor Gas<br>PO Box 5407<br>Carol Stream, IL 60197-5407<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 6

# Exhibit C
## Analysis of Claims Register

**Case: 17-22189**                     **MARKET FRESH NORTH, INC.**

Claims Bar Date: 05/29/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Pepsi Cola<br>75 Remittance Drive Ste. 1884<br>Chicago, IL 60675-1884<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | S-L Distribution Company, Inc.<br>PO Box 62814<br>Baltimore, MD 21264-2814<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Snak King Corp<br>62563 Collection Center<br>Chicago, IL 60693-0123<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
|  | Village of Oak park Water Billing<br>PO Box 4583<br>Carol Stream, IL 60197-4583<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/17 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Nicor Gas<br>Nicor Gas<br>P.O. Box 549<br>Aurora, IL 60507<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/14/18 |  | $456.53<br>$456.53 | $0.00 | $456.53 |
|  |  |  | **Case Total:** |  | **$0.00** | **$12,907.03** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-22189
Case Name: MARKET FRESH NORTH, INC.
Trustee Name: Norman B. Newman

**Balance on hand:** $ 5,957.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,957.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 1,950.00 | 0.00 | 933.14 |
| Attorney for Trustee Fees - MUCH SHELIST, P.C. | 10,210.50 | 0.00 | 4,886.03 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 290.00 | 0.00 | 138.77 |

Total to be paid for chapter 7 administrative expenses: $ 5,957.94
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $456.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nicor Gas | 456.53 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**