UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-22189 |
| MARKET FRESH NORTH, INC. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: Wed., Aug. 22, 2018 |
| Debtor. | ) | at 10:30 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that **Wednesday, August 22, 2018** at **10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Timothy A. Barnes or any other Judge sitting in his stead, in **Courtroom 744**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee's Attorneys for the Allowance of Final Compensation and Reimbursement of Expenses,** a copy of which is hereby served upon you.

/s/Norman B. Newman
Norman B. Newman, not individually, but solely as
the Chapter 7 Trustee for the Estate of Market Fresh
North, Inc.

Jeffrey M. Schwartz ARDC # 06209982
**Much Shelist, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on August 1, 2018, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

8937927_1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-22189 |
| MARKET FRESH NORTH, INC. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: Wed., Aug. 22, 2018 |
| Debtor. | ) | at 10:30 a.m. |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein, (the "Trustee") moves this Court, pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period September 22, 2017 through June 26, 2018. In support of this application, Much Shelist states as follows:

1. On July 26, 2017, Market Fresh North, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2. On December 21, 2017, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. This application includes legal services rendered by the Trustee. Mr. Newman has taken care to distinguish his legal services from his Trustee services. Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services. Much Shelist is not seeking compensation for the services identified on Exhibit "A" as part of this Application. Mr. Newman is filing a separate Application for Trustee Compensation.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this

case. To date, Much Shelist has not received any compensation for services rendered as attorneys for the Trustee.

4.  Much Shelist is entitled to receive final compensation in the amount of $10,210.50 plus reimbursement of expenses in the amount of $290.60 for services rendered during the period of September 22, 2017 through June 26, 2018.

5.  Much Shelist provided 16.70 hours of services on behalf of the Trustee during the time period covered by this application.

6.  The following is a summary of time expended, by individual, during the time period covered by this application. The summary below references their rates during the applicable time period.

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman (01/01/17 to Present) | 5.60 hrs. | $655.00/hr. | $3,668.00 |
| Jeffrey M. Schwartz (12/1/17 to 12/31/17) | 6.90 hrs. | $600.00/hr. | 4,140.00 |
| Jeffrey M. Schwartz (01/01/18 to Present) | 3.10 hrs. | $610.00/hr. | 1,891.00 |
| Jeffrey L. Gansberg (01/01/18 to Present) | 1.10 hrs. | $465.00/hr. | 511.50 |
| | | | |
| TOTAL: | **16.70 hrs.** | | **$10,210.50** |

7.  Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8.  At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate. As more fully detailed in

2

the statement of services attached hereto as Exhibit "B", Much Shelist provided services with respect to the following matters:

A.      **General Administration (Tab No. 1):**  Much Shelist provided .70 hours of general administrative services to the Trustee.  Counsel reviewed the Debtor's loan documents and UCC Filings in connection with liens it granted to Central Grocers, Inc.  Time was also spent communicating with the attorney and financial consultant for Central Grocers regarding a possible sale of equipment.

The individual who provided services in connection with the General Administration and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .70 hrs. | $655.00/hr. | $458.50 |
|  |  |  |  |
| **Total:** | **.70 hrs.** |  | **$458.50** |

B.      **Retention of Professionals (Tab No. 2):**  Much Shelist expended 1.40 hours in connection with the preparation of pleadings and appearances in Court on the Trustee's Motion to Employ Attorneys.

The individual who provided services in connection with this matter and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Jeffrey M. Schwartz | 1.40 hrs. | $600.00/hr. | $840.00 |
|  |  |  |  |
| **Total:** | **1.40 hrs.** |  | **$840.00** |

C.      **Disposition of Assets (Tab No. 3):**  Much Shelist expended 12.30 hours in connection with the disposition of assets.  The Debtor operated a grocery store in Oak Park, Illinois (the "Premises").  The Debtor filed its bankruptcy case primarily to stay an eviction

3

proceeding initiated by the Debtor's landlord.  The assets of this estate consisted of equipment, fixtures and inventory (the "Personal Property").  Central Grocers, Inc. one of the Debtor's largest creditors, held a security interest on all of the Debtor's Personal Property.  Central Grocers, Inc. and several affiliated entities were Debtor's in a Chapter 11 case pending in this Court under case number 17-13886.  Counsel communicated with a prospective auctioneer regarding evaluating the Debtor's assets and possible terms for an auction sale.  It was determined by the Trustee that after paying commission fees and expenses involved with an auction sale, that there would be no significant amount of monies available to creditors of this estate.  Time was spent discussing proposed offers for the Debtor's Personal Property with counsel for the landlord and counsel for Central Grocers and the possibility of an auction sale at the Premises.  Counsel engaged in extensive settlement negotiations with the landlord and Central Grocers.  As a result of Much Shelist's efforts, a settlement was reached providing for the landlord to purchase the Debtor's interest in the Personal Property free and clear of all liens, claims and encumbrances for $12,000 and waiving its Chapter 7 administrative rent claim.  Central Grocers agreed to accept $6,000 out of the settlement proceeds to settle its secured claim.  Shortly before the settlement was finalized, Central Grocers converted its Chapter 11 case to a case under Chapter 7.  Time was spent communicating with counsel for the Trustee in the Central Grocers Chapter 7 case to obtain authority to move forward with the settlement.  The final settlement netted $6,000 for the bankruptcy estate of Central Grocers and $6,000 to Debtor's estate.  Much Shelist spent time drafting a motion to sell the Personal Property and settle claims with the landlord and Central Grocers' trustee.  Additionally, time was spent drafting an Order reflecting the agreed upon settlement terms and circulating same to all parties involved and attending Court on same.

The individuals who provided services in connection with the Disposition of Assets and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 3.40 hrs. | $655.00/hr. | $2,227.00 |
| Jeffrey M. Schwartz | 5.50 hrs. | $600.00/hr. | 3,300.00 |
| Jeffrey M. Schwartz | 3.10 hrs. | $610.00/hr. | 1,891.00 |
| Jeffrey L. Gansberg | 1.10 hrs. | $465.00/hr. | 511.50 |
|  |  |  |  |
| TOTAL | 13.10hrs. |  | $7,929.50 |

D.      **Dealing with Creditors (Tab No 4.):** A total of .70 hours of time was spent reviewing the motion and order for relief from stay filed by the landlord. Counsel communicated with the attorney for the landlord and advised the attorney that the Trustee had no objection to the lift stay motion.

The individual who provided services in connection with the Administration of Claims and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .70 hrs. | $655.00/hr. | $458.50 |
|  |  |  |  |
| TOTAL | .70 hrs. |  | $458.50 |

E.      **Fee Matters (Tab No. 6):** Much Shelist expended total of .80 hours of time dealing with the preparation of Much Shelist's fee application.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .80 hrs. | $655.00/hr. | $524.00 |
|  |  |  |  |
| TOTAL | .80 hrs. |  | $524.00 |

9.      During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $290.60. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. The charge for photocopies is 10¢ per page. Facsimile

5

8937927_1

charges are billed at the rate of $1.00 per page, incoming and outgoing.  Much Shelist asserts that these out-of-pocket expenses were reasonable and necessary expenses incurred in its representation of the Trustee.

10. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter.  Much Shelist recognizes that there are insufficient funds on hand in the Debtor's estate to pay the amount of fees requested in full.  Much Shelist will accept a pro-rata share of the available funds.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $10,210.50 plus reimbursement of out-of-pocket expenses in the amount of $290.60 for services rendered during the period September 22, 2017 through June 26, 2018.

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

**Much Shelist, P.C.**

By:  /s/Jeffrey M. Schwartz
    One of Its Attorneys

Jeffrey M. Schwartz ARDC # 06209982
**MUCH SHELIST, P.C.**
191 N. Wacker Drive ,Suite 1800
Chicago, IL 60606
(312) 521-2000
jschwartz@muchshelist.com

6

8937927_1

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-22189 |
| MARKET FRESH NORTH, INC. | ) | Hon. Timothy A. Barnes |
| | ) | |
| Debtor. | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

Name of Applicant:  Much Shelist, P.C.

Authorized to provide professional services to:  Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:  October 5, 2016

Period for which compensation is sought:  September 27, 2016 through June , 2018

Amount of fees sought:  $10,210.50

Amount of expense reimbursement sought:  $290.60

Retainer previously received:  $0.00

This is a(n):      Interim Application __      Final Application  X 

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated:  8/1/18                                    **MUCH SHELIST, P.C.**

By: /s/Norman B. Newman

7

8937927_1