UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 17-22189 |
| MARKET FRESH NORTH, INC. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: Wed., Aug. 22, 2018 |
| Debtor. | ) | at 10:30 a.m. |

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on August 1, 2018, he serve a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed below by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

Office of the United States Trustee
219 S. Dearborn St.
8th Floor
Chicago, IL 60604

Nicor Gas
P.O. Box 549
Aurora, IL 60507

Iana Trifonova
Trifonova Law, P.C.
85401 W. Higgins Road, Suite 420
Chicago, IL 60631

James Casaccio
Market Fresh North, Inc.
6209 W. North Avenue
Oak Park, IL 60301

/s/ Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

9084389_1