**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MARKET FRESH NORTH, INC. § Case No. 17-22189
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Norman B. Newman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $6,000.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $6,000.00 | |

    3) Total gross receipts of $12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $12,467.16 | $12,467.16 | $6,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $34,231.00 | $456.53 | $456.53 | $0.00 |
| **TOTAL DISBURSEMENTS** | $34,231.00 | $18,923.69 | $18,923.69 | $12,000.00 |

4) This case was originally filed under chapter 7 on 07/26/2017.  The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   09/12/2018          By: /s/ Norman B. Newman
                                  Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 1229-000 | $6,000.00 |
| MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 1229-000 | $6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$12,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Howard Samuels, Trustee for Central Grocers, Inc. | 4210-000 | NA | $6,000.00 | $6,000.00 | $6,000.00 |
| N/F | Central Grocers | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$0.00** | **$6,000.00** | **$6,000.00** | **$6,000.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 2100-000 | NA | $1,950.00 | $1,950.00 | $935.04 |
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 2100-000 | NA | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees - MUCH SHELIST, P.C. | 3110-000 | NA | $10,210.50 | $10,210.50 | $4,896.02 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 3120-000 | NA | $264.60 | $264.60 | $126.88 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $42.06 | $42.06 | $42.06 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $12,467.16 | $12,467.16 | $6,000.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nicor Gas | 7100-000 | $1.00 | $456.53 | $456.53 | $0.00 |
| N/F | ADP, LLC | 7100-000 | $340.00 | NA | NA | NA |
| N/F | Advanced Disposal | 7100-000 | $1.00 | NA | NA | NA |
| N/F | All United Imports, Inc. | 7100-000 | $397.00 | NA | NA | NA |
| N/F | American Bottling Company | 7100-000 | $657.00 | NA | NA | NA |
| N/F | Amtrust North America | 7100-000 | $335.00 | NA | NA | NA |
| N/F | Aramark Uniform Services | 7100-000 | $134.00 | NA | NA | NA |
| N/F | Aunt Millie's Bakery | 7100-000 | $3,288.00 | NA | NA | NA |
| N/F | Badger Murphy Food Service | 7100-000 | $915.00 | NA | NA | NA |
| N/F | Bill's Produce | 7100-000 | $1,455.00 | NA | NA | NA |
| N/F | Castillo Brother's Enterprises, Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Certco | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Chicago Housewear Inc | 7100-000 | $600.00 | NA | NA | NA |
| N/F | Chicago Tribune Media Group | 7100-000 | $2,917.00 | NA | NA | NA |
| N/F | Columbus Vegitable Oils | 7100-000 | $1,141.00 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Constellation New Enregy Inc | 7100-000 | $4,974.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | D&D Best One Corp | 7100-000 | $1,483.00 | NA | NA | NA |
| N/F | Earthgrains Baking Companies, Inc. | 7100-000 | $1,605.00 | NA | NA | NA |
| N/F | Frito-Lay, Inc | 7100-000 | $2,962.00 | NA | NA | NA |
| N/F | Goya Foods, Inc. | 7100-000 | $533.00 | NA | NA | NA |
| N/F | Home City Ice Company | 7100-000 | $642.00 | NA | NA | NA |
| N/F | Home Juice Corp | 7100-000 | $596.00 | NA | NA | NA |
| N/F | Joe & Ross Ice Cream | 7100-000 | $1,805.00 | NA | NA | NA |
| N/F | Ken Young Food Distribution | 7100-000 | $2,020.00 | NA | NA | NA |
| N/F | McCloud Services | 7100-000 | $411.00 | NA | NA | NA |
| N/F | McKee Foods Corporation | 7100-000 | $902.00 | NA | NA | NA |
| N/F | Ml Costenita | 7100-000 | $94.00 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Pepsi Cola | 7100-000 | $1,669.00 | NA | NA | NA |
| N/F | S-L Distribution Company, Inc. | 7100-000 | $1,338.00 | NA | NA | NA |
| N/F | Snak King Corp | 7100-000 | $1,012.00 | NA | NA | NA |
| N/F | Village of Oak park Water Billing | 7100-000 | $1.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$34,231.00** | **$456.53** | **$456.53** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

Case No.: 17-22189  
Case Name: MARKET FRESH NORTH, INC.  
For Period Ending: 09/12/2018

Trustee Name: (330270) Norman B. Newman  
Date Filed (f) or Converted (c): 07/26/2017 (f)  
§ 341(a) Meeting Date: 08/24/2017  
Claims Bar Date: 05/29/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   BANK ACCOUNTS-BMO HARRIS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 2   MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT (u) | Unknown | Unknown | | 6,000.00 | FA |
| 3   MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT (u) | Unknown | Unknown | | 6,000.00 | FA |
| 3   **Assets Totals (Excluding unknown values)** | **$0.00** | **$0.00** | | **$12,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Sold interest in equipment.  Preparing Final Report.

**Initial Projected Date Of Final Report (TFR):** 08/31/2018     **Current Projected Date Of Final Report (TFR):** 07/31/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9

Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 17-22189 | Trustee Name: | Norman B. Newman (330270) |
| --- | --- | --- | --- |
| Case Name: | MARKET FRESH NORTH, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4397 | Account #: | ******8200 Checking |
| For Period Ending: | 09/12/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/19/18 |  | 6209 WEST NORTH INVESTMENT GROUP |  |  | 12,000.00 |  | 12,000.00 |
|  | {2} |  | Sale of Trustee's Interest in Personal Property $6,000.00 | 1229-000 |  |  | 12,000.00 |
|  | {3} |  | Sale of Trustee's Interest in Personal Property $6,000.00 | 1229-000 |  |  | 12,000.00 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 11,990.00 |
| 03/01/18 | 101 | Howard Samuels, Trustee for Central Grocers, Inc. | Payment on Secured Claim. | 4210-000 |  | 6,000.00 | 5,990.00 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 12.06 | 5,977.94 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 5,967.94 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 5,957.94 |
| 08/22/18 | 102 | Norman B. Newman | Final Distribution made pursuant to order entered on August 22, 2018. | 2100-000 |  | 935.04 | 5,022.90 |
| 08/22/18 | 103 | MUCH SHELIST, P.C. | Final Distribution made pursuant to order entered on August 22, 2018. | 3120-000 |  | 126.88 | 4,896.02 |
| 08/22/18 | 104 | MUCH SHELIST, P.C. | Final Distribution made pursuant to order entered on August 22, 2018. | 3110-000 |  | 4,896.02 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 12,000.00 | 12,000.00 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 12,000.00 | 12,000.00 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $12,000.00 | $12,000.00 |  |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-22189 | **Trustee Name:** | Norman B. Newman (330270) | |
| **Case Name:** | MARKET FRESH NORTH, INC. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***4397 | **Account #:** | ******8200 Checking | |
| **For Period Ending:** | 09/12/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8200 Checking | $12,000.00 | $12,000.00 | $0.00 |
| | **$12,000.00** | **$12,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)